# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW HATLEY,<br><br>     Defendant | Case No.: 1:21-mj-00078-RMM-1<br><br>**NOETICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation CJA Appointment.

Dated: January 29, 2021

                                        Respectfully submitted,

                                        _____
                                        Joseph R. Conte, Bar #366827
                                        Counsel for Andrew Hatley
                                        Law Office of J.R. Conte
                                        400 Seventh St., N.W., #206
                                        Washington, D.C. 20004
                                        Phone: 202.638.4100
                                        Fax:            202.628.0249
                                        E-mail:      dcgunlaw@gmail.com

Notice of Appearance
U.S. v. HATLEY; Cr. #1:21-mj-00078-RMM-1

Page -1-

APPEARANCE 21/01/29 05:52:30

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
202.638.4100
dcgunlaw@gmail.com