AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Andrew Hatley

Defendant

Case No.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Andrew Hatley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1), Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. 1752(a)(2), Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. 5104(e)(2)(D), Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds
40 U.S.C. 5104(e)(2)(G), Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 01/15/2021

Robin M. Meriweather
2021.01.15 21:18:53 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/18/2021, and the person was arrested on *(date)* 1/19/2021
at *(city and state)* Eloy, Arizona.

Date: 1/19/2021

*Arresting officer's signature*

Thomas Phillips, Special Agent
*Printed name and title*